IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dobbs, Derrick<br>Dobbs, Yvetta<br>Printed: 02/24/09 | Case Number: 08 B 11089<br>Judge: Squires, John H<br>Filed: 5/1/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:　Dismissed: October 22, 2008
Confirmed:　None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,061.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 990.97 |
| Trustee Fee: | | 70.03 |
| Other Funds: | | 0.00 |
| Totals: | 1,061.00 | 1,061.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---:|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 990.97 |
| 2. | Midwest Bank & Trust | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 12,506.70 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 5,173.35 | 0.00 |
| 5. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 3,959.86 | 0.00 |
| 7. | Illinois Dept Of Public Aid | Priority | 47,820.38 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 2,130.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 17.42 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 135.45 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 81.76 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 15.02 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 24.82 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 605.04 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 57.48 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 1,528.23 | 0.00 |
| 17. | B-Real LLC | Unsecured | 70.13 | 0.00 |
| 18. | Educational Credit Management Corp | Unsecured | 147.18 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 211.08 | 0.00 |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 21. | Circuit City | Unsecured | | No Claim Filed |
| 22. | Harris Bank | Unsecured | | No Claim Filed |
| 23. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 24. | Jefferson Capital | Unsecured | | No Claim Filed |
| 25. | Boudreau & Associates | Unsecured | | No Claim Filed |
| 26. | Revenue Production Mgmt | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dobbs, Derrick
Dobbs, Yvetta
Printed: 02/24/09

Case Number:  08 B 11089
Judge:  Squires, John H
Filed:  5/1/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Schaumburg Isuzu | Unsecured | | No Claim Filed |
| 28. RoundUp Funding LLC | Unsecured | | No Claim Filed |
| 29. Sherman Acquisition | Unsecured | | No Claim Filed |
| 30. Sprint | Unsecured | | No Claim Filed |
| 31. Zenith Acquisition | Unsecured | | No Claim Filed |
| 32. Capital One | Unsecured | | No Claim Filed |
| | | $ 78,267.90 | $ 990.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 0.00 |
| 6.6% | 70.03 |
| | $ 70.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

